STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com, mike@studebakerlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>Plaintiff,<br><br>v.<br><br>Skechers USA, *d.b.a.* Skechers Factory Outlet,<br><br>Defendant. | Case No.: 2:17-cv-00658-DB<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to Honorable Dee Benson |

PLEASE TAKE NOTICE that, Plaintiff, Samuel Burningham, and Defendant, Skechers USA, (collectively the "Parties"), hereby gives notice that the Parties' have resolved and agreed to settle this Action. As a result, the Parties anticipate filing dismissal papers within the next thirty- (30) days.

In conformance with DUCiv.R 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this Action to while the Parties finalize the settlement documents.

**RESPECTFULLY SUBMITTED** on this 8th day of September, 2017.

/s/ Michael P. Studebaker
Michael P. Studebaker (USB 10027)
STUDEBAKER LEGAL SERVIES, P.C.
333 2ND Street, Suite 16
Ogden, UT 84404
(385) 200-9901
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of September 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Audrey Olson
FABIAN VANCOTT
215 S STATE ST STE 1200
SALT LAKE CITY, UT 84111-2323
(801)323-2260
Email: aolson@fabianvancott.com
*Attorney for Defendant*

Matthew L. Anderson
FABIAN VANCOTT
215 S STATE ST STE 1200
SALT LAKE CITY, UT 84111-2323
(801)531-8900
Email: manderson@fabianvancott.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*