STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham, <br><br> Plaintiff, <br><br> v. <br><br> Skechers USA, <br> *d.b.a.* Skechers Factory Outlet, <br><br> Defendant. | Case No.: 2:17-cv-00658-DB <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Assigned to Honorable Dee Benson |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Samuel Burningham, hereby voluntarily dismisses this Action with prejudice.

**RESPECTFULLY** submitted on this 26th day of September, 2017.

/s/ Michael P. Studebaker
**MICHAEL P. STUDEBAKER**
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 26th day of September 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Audrey Olson
FABIAN VANCOTT
215 S STATE ST STE 1200
SALT LAKE CITY, UT 84111-2323
(801)323-2260
Email: aolson@fabianvancott.com
*Attorney for Defendant*

Matthew L. Anderson
FABIAN VANCOTT
215 S STATE ST STE 1200
SALT LAKE CITY, UT 84111-2323
(801)531-8900
Email: manderson@fabianvancott.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document
which is available for inspection during normal business
hours by the Court or a party to this action*)