# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>      Plaintiff,<br><br>   v.<br><br>Skechers USA,<br>*d.b.a.* Skechers Factory Outlet,<br><br>      Defendant. | Case No. 2:17-cv-00658-DB<br><br>**ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Assigned to Honorable Dee Benson |

The Court, having considered Plaintiff's Notice of Voluntary Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that this matter be dismissed with prejudice

SO ORDERED this 26th day of September, 2017.

                                    BY THE COURT:

                                    /s/ Dee Benson
                                    _____
                                    U.S DISTRICT JUDGE DEE BENSON

1